Glenn H. Gaddis, Appellant, v. Thomas D. Nash, Appellee.

Gen. No. 40,416.

Heard in second division, first district, at October

term, 1938; opinion filed February 23, 1940. J. B. Luse, for appellant; Nash, Ahern, McDermott, McNally, & Kiley, for appellee. Opinion by Justice SCANLAN. ''Not to be published in full.''